UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE T. BROWN,
Indiana DOC #250459

    Plaintiff,

v.                          CASE NO. 3:17cv691/MCR/CJK

BAY COUNTY COMMISSIONERS,
et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 18, 2018. ECF No. 24. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 24, is adopted and incorporated by reference in this Order.

2.  Plaintiff's § 1983 claims against the Bay County Board of County Commissioners, former Sheriff Frank McKeithen and Detention Officer Chromer, Jr., are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A, for failure to state a claim on which relief may be granted.

3.  The court declines to exercise supplemental jurisdiction over plaintiff's state law claims against Bay County, McKeithen and Chromer.

4.  This case is remanded to the Magistrate Judge for further proceedings on plaintiff's § 1983 and state law tort claims against defendants Delaney, Rigby, Lilly, Maestro, Davis, Pucket and Nelson.

**DONE and ORDERED** this 23rd day of May 2018.

 s/ *M. Casey Rodgers*  
**M. CASEY RODGERS**  
**CHIEF UNITED STATES DISTRICT JUDGE**