UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE T BROWN,

    Plaintiff,

v.                                                     CASE NO. 3:17cv691-MCR/HTC

CORPORAL JOE MAESTRO, et al.,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 3, 2019. ECF No. 49. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Defendants' motion to dismiss, ECF Doc. 39, is DENIED.

(3) The clerk is directed to return the case the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 6th day of May 2019.

        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**