UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAWRENCE T. BROWN,**

    **Plaintiff,**

**v.**     Case No. 3:17cv691-TKW-HTC

**JOE MASTRO, et al.,**

    **Defendants.**

_____/

# **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 96) and Plaintiff's objection (Doc. 97). Based upon my de novo review of the issues raised in the objection under Fed. R. Civ. P. 72(b)(3), I agree with the magistrate judge's determination that Defendants are entitled to judgment as a matter of law on all the claims asserted by Plaintiff.

Additionally, in the course of reviewing the case file while considering Plaintiff's objection to the Report and Recommendation, the Court noted that it had not ruled on Plaintiff's objection (Doc. 76) to the magistrate judge's order denying his motion to file a fifth amended complaint (Doc. 73).[1] The Court's review of that

---

[1] It is not entirely clear that the objection sought review by the Court because it cited Fed. R. Civ. P. 12 and 46 rather than Fed. R. Civ. P. 72; however, because Plaintiff is pro se, the Court will liberally construe to objection as seeking this Court's review of the magistrate judge's order under Fed. R. Civ. P. 72(a).

order is governed by Fed. R. Civ. P. 72(a), which provides that the order may only be set aside if it is "clearly erroneous or contrary to law." Upon review of the objection and Defendants' response (Doc. 77), the Court finds no error (much less "clear error") in the magistrate judge's order.

Accordingly, it is

**ORDERED** that:

1. Plaintiff's objection (Doc. 76) to the order denying his motion to file a fifth amended complaint is **OVERRULED**, and that order (Doc. 73) is **AFFIRMED**.

2. Plaintiff's objection (Doc. 97) to the Report and Recommendation is **OVERRULED**, and the Report and Recommendation (Doc. 96) is adopted and incorporated by reference in this Order.

3. Defendants' motions for summary judgment (Docs. 80, 82) are **GRANTED**.

4. The Clerk shall enter judgment in favor of Defendants and close the file.

**DONE and ORDERED** this 20th day of April, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**